# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7021**  **September Term, 2023**

1:21-cv-03354-BAH

Filed On: February 22, 2024 [2041813]

Ruby Freeman and Wandrea' Moss,

    Appellees

  v.

Rudolph W. Giuliani,

    Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                           BY:   /s/
                                          Hannah N. Gorman
                                          Deputy Clerk