# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Ruby Freeman, et al.

v.

Rudolph Giuliani

**Case No:** 24-7021

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Ruby Freeman

Wandrea' Moss

### Counsel Information

Lead Counsel: Michael J. Gottlieb

Direct Phone: (202) 303-1442  Fax: (202) 303-2442  Email: mgottlieb@willkie.com

2nd Counsel: Meryl C. Governski

Direct Phone: (202) 303-1016  Fax: (202) 303-2000  Email: mgovernski@willkie.com

3rd Counsel: Aaron E. Nathan

Direct Phone: (212) 728-8904  Fax: (212) 728-8111  Email: anathan@willkie.com

Firm Name: Willkie Farr & Gallagher LLP

Firm Address: 1875 K Street NW

Firm Phone: (202) 303-1000  Fax: (202) 303-2000  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)