# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7021**　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　**1:21-cv-03354-BAH**

　　　　　　　　　　　　　　　　　　　**Filed On: May 20, 2024**

Ruby Freeman and Wandrea' Moss,

　　　　Appellees

　　v.

Rudolph W. Giuliani,

　　　　Appellant

## O R D E R

　　It is **ORDERED**, on the court's own motion, that the scheduling order filed on April 18, 2024, be vacated. It is

　　**FURTHER ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of the disposition of appellant's bankruptcy proceedings in the Southern District of New York, No. 23-12055, or the termination of the automatic stay.

　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　Deputy Clerk