# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7021**  **September Term, 2023**

1:21-cv-03354-BAH

**Filed On: August 12, 2024**

Ruby Freeman and Wandrea' Moss,

    Appellees

  v.

Rudolph W. Giuliani,

    Appellant

## O R D E R

Upon consideration of the joint motion to expedite briefing and oral argument, it is

**ORDERED** that this case be returned to the court's active docket. The following schedule will now apply in this case:

| | |
|---|---|
| Appellant's and Appellees' Certificate as to Parties, Rulings, and Related Cases | August 15, 2024 |
| Appellant's Docketing Statement Form | August 15, 2024 |
| Appellant's and Appellees' Entry of Appearance Form | August 15, 2024 |
| Appellant's Statement of Issues to be Raised | August 15, 2024 |
| Appellant's Transcript Status Report | August 15, 2024 |
| Appellant's Underlying Decision From Which Appeal Arises | August 15, 2024 |
| Appellant's and Appellees' Procedural Motions, if any | September 12, 2024 |
| Appellant's Brief | October 2, 2024 |
| Appendix | October 2, 2024 |
| Appellees' Brief | November 4, 2024 |
| Appellant's Reply Brief | November 25, 2024 |

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 24-7021**                                                     **September Term, 2023**

  The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

  Appellant should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

  To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

  Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

                **FOR THE COURT:**
                Mark J. Langer, Clerk

           BY:  /s/
               Laura M. Morgan
               Deputy Clerk