# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-7021
2. DATE DOCKETED: 02-22-2024
3. CASE NAME (lead parties only) Ruby Freeman, et al  v. Rudolph Giuliani
4. TYPE OF CASE:  ☒ District Ct -  ☐ US Civil  ☉ Private Civil  ☐ Criminal  ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 21-cv-03354-BAH       Bankruptcy                            Tax
      Criminal                           Adversary
      Miscellaneous                      Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell, U.S.D.J.               Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 12/18/2023   e. Date notice of appeal filed: 02/20/2024
   f. Has any other notice of appeal been filed in this case?  ☉ Yes  ☐ No   If YES, date filed: 05/06/2024
   g. Are any motions currently pending in trial court?  ☐ Yes  ☉ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ☉ Yes  ☐ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number?  ☐ Yes  Appeal #          ☉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes  ☉ No   If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☐ Yes  ☉ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes  ☉ No   If so, provide program name and participation dates

Signature /s/ Kenneth A. Caruso          Date 08-13-2024
Name of Party Rudolph Giuliani
Name of Counsel for Appellant/Petitioner Kenneth A. Caruso
Address 15 W. 72nd Street, New York, NY 10022
Phone ( 646 ) 599-4970     Fax (    )     -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was served on all parties through the Court's CM/ECF system.

                                                /s/ Kenneth A. Caruso
                                                KENNETH A. CARUSO