ORAL ARGUMENT NOT YET SCHEDULED

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE D.C. CIRCUIT

Ruby Freeman, Wandrea' Moss,

*Plaintiffs-Appellees*,

v.

Rudolph W. Giuliani,

*Defendant-Appellant*.

No. 24-7021

## JOINT MOTION TO UTILIZE DEFERRED APPENDIX

Pursuant to Federal Rules of Appellate Procedure 27 and Circuit Rule 30(c), the parties jointly move to amend the briefing schedule so as to utilize a deferred appendix in this matter. In order to maintain the expedited schedule of this appeal, the parties jointly request that the deadline for Appellant to file the deferred appendix be November 25, 2024, the same date that the reply brief is due. Further, the parties jointly request that the deadline for all final briefs be November 27, 2024. As amended, the briefing schedule would be as follows:

| | |
|---|---|
| Appellant's Brief: | October 2, 2024 |
| Appellees' Brief: | November 4, 2024 |
| Reply Brief: | November 25, 2024 |
| Deferred Appendix | November 25, 2024 |
| Final Briefs | November 27, 2024 |

Pursuant to Circuit Rule 30(c), all parties consent to this request.

September 18, 2024                    Respectfully submitted,

                                     s/ Aaron E. Nathan
                                     _____

                                     Michael J. Gottlieb
                                     Meryl C. Governski
                                     Willkie Farr & Gallagher LLP
                                     1875 K Street NW
                                     Washington, DC 20006
                                     (202) 303-1442
                                     mgottlieb@willkie.com
                                     mgovernski@willkie.com

                                     Aaron E. Nathan
                                     Willkie Farr & Gallagher LLP
                                     787 Seventh Avenue
                                     New York, NY 10019
                                     (212) 728-8904
                                     anathan@willkie.com

                                     *Counsel for Appellees*

                                     s/ Kenneth A. Caruso
                                     _____
                                     Kenneth A. Caruso
                                     Kenneth Caruso Law LLC
                                     15 West 72nd Street
                                     New York, NY 10022
                                     (646) 599-4970
                                     ken.caruso@kennethcarusolaw.com

                                     s/ David Labkowski
                                     _____
                                     David Labkowski
                                     250 95th Street, Unit #547233
                                     Surfside, FL 33154
                                     (786) 461-1340
                                     david@labkowskilaw.com

                                     *Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the typeface and style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), and the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because the motion was prepared in double-spaced, 14-point Times New Roman font, and contains 131 words as determined by the word-count function of Microsoft Word.

s/ Aaron E. Nathan

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was served on all parties through the Court's CM/ECF system.

s/ Aaron E. Nathan