# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7021**                                                                                                 **September Term, 2024**

1:21-cv-03354-BAH

**Filed On:** September 24, 2024

Ruby Freeman and Wandrea' Moss,

       Appellees

   v.

Rudolph W. Giuliani,

       Appellant

**BEFORE:**   Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to exceed length-limit for brief and the joint motion to utilize deferred appendix, it is

**ORDERED** that the motions be granted. The following briefing schedule and format will now apply in these consolidated cases:

| | |
|---|---|
| Appellant's Brief (not to exceed 15,000 words) | October 2, 2024 |
| Appellees' Brief (not to exceed 15,000 words) | November 4, 2024 |
| Appellant's Reply Brief (not to exceed 7,500 words) | November 25, 2024 |
| Deferred Appendix | November 25, 2024 |
| Final Briefs | November 27, 2024 |

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

   BY:   /s/
        Selena R. Gancasz
        Deputy Clerk