# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Ruby Freeman, Wandrea' Moss,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>Rudolph W. Giuliani,<br><br>*Defendant-Appellant*. | No. 24-7021 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES

The undersigned counsel respectfully seeks leave to withdraw as Attorney of Record for Plaintiffs-Appellees Ms. Ruby Freeman and Ms. Wandrea' Moss. Ms. Kwon will begin new employment after October 4, 2024, and therefore can no longer represent Plaintiffs-Appellees. Ms. Ruby Freeman and Ms. Wandrea' Moss will continue to be represented by all attorneys for Plaintiffs-Appellees entered in this case. Ms. Kwon certifies that Plaintiffs have been given reasonable notice of her withdrawal of appearance in this case.

October 3, 2024                    Respectfully submitted,

*/s/ Christine Kwon*
Christine Kwon
United to Protect Democracy
2020 Pennsylvania Avenue NW
Suite #163
Washington, DC 20006

(202) 579-4582
christine.kwon@protectdemocracy.org

*Counsel for Plaintiffs-Appellees
Ruby Freeman and Wandrea'
Moss*

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing motion complies with the typeface and style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E), and the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because the motion was prepared in double-spaced, 14-point Times New Roman font, and contains 77 words as determined by the word-count function of Microsoft Word.

/s/ Christine Kwon

## **CERTIFICATE OF SERVICE**

I certify that on October 3, 2024, I electronically filed the foregoing Motion through the Court's CM/ECF system, which shall serve as notice of filing to all counsel of record.

/s/ Christine Kwon