# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7021**                                          **September Term, 2024**

**1:21-cv-03354-BAH**

**Filed On: November 20, 2024** [2085862]

Ruby Freeman and Wandrea' Moss,

      Appellees

   v.

Rudolph W. Giuliani,

      Appellant

## O R D E R

Upon consideration of appellees' consent motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 16, 2024 |
| Appellant's Reply Brief | January 21, 2025 |
| Deferred Appendix | January 21, 2025 |
| Final Briefs | January 23, 2025 |

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk
                     BY:    /s/
                                         Michael C. McGrail
                                         Deputy Clerk