# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7021**                                                    **September Term, 2024**

                                                                  **1:21-cv-03354-BAH**

                                                    **Filed On: January 10, 2025** [2093394]

Ruby Freeman and Wandrea' Moss,

    Appellees

  v.

Rudolph W. Giuliani,

    Appellant

## O R D E R

Upon consideration of appellant's amended consent motion for extension of time to file reply brief, appendix, and final briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | February 4, 2025 |
| Deferred Appendix | February 4, 2025 |
| Final Briefs | February 6, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Scott H. Atchue
Deputy Clerk