# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7021**  September Term, 2024

1:21-cv-03354-BAH

Filed On: January 22, 2025 [2095727]

Ruby Freeman and Wandrea' Moss,

    Appellees

  v.

Rudolph W. Giuliani,

    Appellant

## O R D E R

Upon consideration of appellant's consent motion for extension of time to file the reply brief, the deferred appendix, and the final briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | February 27, 2025 |
| Deferred Appendix | February 27, 2025 |
| Final Briefs | February 28, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk