# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-7021**                                     **September Term, 2024**

1:21-cv-03354-BAH

Filed On: February 19, 2025

Ruby Freeman and Wandrea' Moss,

      Appellees

   v.

Rudolph W. Giuliani,

      Appellant

**BEFORE:**     Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time to file the reply brief, the deferred appendix, and final briefs, the opposition thereto, and the reply, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | March 20, 2025 |
| Deferred Appendix | March 20, 2025 |
| Final Briefs | March 24, 2025 |

**Per Curiam**

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                      BY:    /s/
                               Selena R. Gancasz
                               Deputy Clerk