ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss, *Plaintiffs-Appellees*, v. Rudolph W. Giuliani, *Defendant-Appellant*. | No. 24-7021 |

## JOINT STIPULATION OF DISMISSAL

Appellant Rudolph W. Giuliani and Appellees Ruby Freeman and Wandrea' Moss hereby stipulate and agree that this appeal be dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1), with each party to bear its own costs.

Dated: February 24, 2025

/s/ Kenneth A. Caruso
Kenneth A. Caruso
KENNETH CARUSO LAW LLC
15 W. 72nd Street
New York, NY 10023
(646) 599-4970
ken.caruso@kennethcarusolaw.com

/s/ David Labkowski
David Labkowski
LABKOWSKI LAW, P.A.
1200 Brickell Avenue, Suite 1402
Miami, FL 33131
(786) 461-1340
david@labkowskilaw.com

*Counsel for Appellant Rudolph W. Giuliani*

[Additional signatures appear on following page]

Dated: February 24, 2025 /s/ Michael J. Gottlieb*

                                      Michael J. Gottlieb
Meryl Conant Governski
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
(202) 303-1000
mgottlieb@willkie.com
mgovernski@willkie.com

Aaron E. Nathan
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
mhoughton-larsen@willkie.com

Rachel Goodman
UNITED TO PROTECT DEMOCRACY
82 Nassau Street
New York, NY 10038
(202) 579-4582
rachel.goodman@protectdemocracy.org

Von DuBose
DUBOSE MILLER LLC
75 14th Street NE. Suite 2110
Atlanta, GA 30309
(404) 720-8111
dubose@dubosemiller.com

*Counsel for Appellees*
*Ruby Freeman and Wandrea' Moss*

*Electronic signature affixed with consent pursuant to D.C. Cir. R. 32(a)(2).